Order issued September 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01250-CV

**RSS RAIL SIGNAL SYSTEMS CORPORATION AND JOHN CUMMINGS, Appellants**

**V.**

**SKY KING FOUNDATION INCORPORATED, FLYING
CROWN FOUNDATION, AND STEPHEN BIRCH, Appellees**

## ORDER

The Court has before it appellants' September 13, 2012 emergency motion for temporary relief from trial court orders on amount of security to suspend enforcement of order approving settlement and disbursement of settlement proceeds pending appeal. The Court **DENIES** the motion.

JOSEPH B. MORRIS
JUSTICE